# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: 14-21970-asd | ) | Chapter 7 Proceeding |
| | ) | |
| Cara Lynn Roberts | ) | |
|     Debtor | ) | |
| | ) | |
| U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-8 | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cara Lynn Roberts and Thomas C. Boscarino, Trustee | ) | |
|     Respondent | ) | November 21, 2014 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-8 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of Cara Roberts aka Cara Lynn Roberts (the "Debtor") and Michael Roberts having an address of **41 Saint John Road, Jewett City, Connecticut 06351** (the "Property"). In further support of this Motion, Movant respectfully states:

1.A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on October 2, 2014.

2.The Debtor and Michael Roberts have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $200,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note and the Mortgage.

3.Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor and Michael Roberts under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

4.Said Mortgage was modified pursuant to the terms of a Loan Modification Agreement. A copy of the Modification Agreement is attached hereto as Exhibit C.

5.Said Mortgage was assigned to the Movant by virtue of an assignment of mortgage, a copy of which is attached hereto as Exhibit D.

6.The Debtor's statement of intention indicates the Property is to be surrendered.

7.As of November 7, 2014, the approximate outstanding amount of the Obligations less any partial payments or suspense balance is $304,012.70.

8.As of November 7, 2014, the Debtor has failed to make payments in an aggregate amount sufficient to satisfy in full the payment contractually due under the Note on October 1, 2011 or any full payment contractually due under the Note thereafter.

9.  The estimated market value of the Property is $190,000.00. The basis for such valuation is the Movant's valuation, a copy of the relevant portions of which is attached hereto as Exhibit E.

10. Upon information and belief, the encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, listed in order of priority are: (i) Movant $304,012.70; (ii) National City Bank in the original principal amount of $48,000.00.

11. The Schedules of the Debtor do not list an exemption for the Property.

12. Pursuant to 11 U.S.C. § 362(d)(1), cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

13. As the loan is due for October 1, 2011 and interest continues to accrue and as the Debtor is surrendering the property, the Movant requests that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant and any successors or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-8

By */s/ Ana M. Fidalgo*
Ana M. Fidalgo
The Movant's Attorney
Federal Bar No.ct28353
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com